UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

MATTHEW JONES,

    Plaintiff,

v.

PERRYVILLE POLICE,

    Defendant.

Civil Action No. 5: 23-332-KKC

JUDGMENT

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Matthew Jones's complaint [R. 1] is **DISMISSED** with prejudice.
2. This is a **FINAL** Judgment.

Entered: December 6, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY